MARCH TERM, 1903.

## ARNOLD *v.* THE STATE.

LAMAR, J.   In a prosecution for gambling it is sufficient to show that the defendant, with others, played at cards for money, without proof of the character of the game, or which of the players lost or won.

*Judgment affirmed.   All the Justices concur.*

Argued June 15,— Decided June 25, 1903.

Accusation of gaming.   Before Judge Hollingsworth.   City court of Fayetteville.   May 2, 1903.

*J. W. Wise,* for plaintiff in error.

*A. O. Blalock, solicitor,* and *E. E. Spurlin,* contra.

---

## IRWIN *v.* THE STATE.

SIMMONS, C. J.   In a criminal proceeding the pendency of a former indictment for the same offense is no ground for a plea in abatement or in bar, although the accused may have been arraigned thereon and have filed a plea.   *Doyal v. State,* 70 *Ga.* 134 ;   Clark's Crim. Proc. 115, 377, 407, and cases cited ;   Archb. Crim. Pr. & Pl. 336 ;   case of Swan & Jefferies, Foster's Crown L. 105.   Where several indictments for the same offense are pending against the same person, it is immaterial upon which he is first tried.   Whenever he has been acquitted or convicted upon any one of them, he can plead such acquittal or conviction in bar of a prosecution of any of the others.

*Judgment affirmed.   All the Justices concur.*

Argued June 15,— Decided June 25, 1903.

Indictment for assault with intent to rob.   Before Judge Roan. Fulton superior court.   April 29, 1903.

*S. C. Crane,* for plaintiff in error.

*C. D. Hill, solicitor-general,* contra.